**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 26-20508** |
| **ARABELLA PH 3201 LLC** | § | |
| **(EIN 42-4846914),** | § | **Chapter 11** |
| | § | **Subchapter V** |
| **Debtor.** | § | |

**ORDER ON DEBTOR'S MOTION TO CONTINUE THE NOVEMBER 19, 2026 EVIDENTIARY HEARING ON THE MOTION TO CONVERT**

The Court has considered the Debtor's Motion to Continue the November 19, 2026 Evidentiary Hearing on the *United States Trustee's Motion to Convert* (Docs. 10, 11, 16), the positions of the parties, and the record. The Court finds that compelling circumstances within the meaning of 11 U.S.C. § 1112(b)(3) support the relief ordered below. It is therefore

ORDERED that the motion is GRANTED. The evidentiary hearing on the *United States Trustee's Motion to Convert* (Docs. 10, 11) set for November 19, 2026 at 9:00 a.m. is continued to December 22, 2026 at 9:30 a.m., at 2120 Capitol Avenue, Bankruptcy Courtroom, 8th Floor, Cheyenne, Wyoming, to be heard with the evidentiary hearing set by the Court's order of November 6, 2026 (Doc. 32). It is further

ORDERED that the deadlines and procedures set by Doc. 32 for the December 22, 2026 hearing apply to both motions, and that the witness and exhibit lists and exhibits

already filed for the November 19, 2026 hearing (Docs. 35, 37, 39, 41) are deemed filed for the December 22, 2026 hearing without the need to re-file them. It is further

ORDERED that the automatic stay under 11 U.S.C. § 362 remains in effect as provided in Doc. 32 until the conclusion of the December 22, 2026 hearing.

**BY THE COURT:**

________________________________________

**UNITED STATES BANKRUPTCY JUDGE**