# EXHIBIT A

Declaration of Ali Choudhri, Manager of the Debtor, executed November 20, 2026

In re Arabella PH 3201 LLC, No. 26-20508 (Bankr. D. Wyo.)

**Exhibit A – Declaration of Ali Choudhri**

I, Ali Choudhri, declare under penalty of perjury under 28 U.S.C. § 1746:

1. I am the Manager of Arabella PH 3201 LLC, the Debtor. I have personal knowledge of the facts below.
2. I am a party in interest in this case. I am the Debtor's manager and an equity holder, and the Debtor indemnifies me.
3. I was admitted to Methodist Hospital on Monday, November 16, 2026, and was still there on November 19, 2026. While I was in the hospital, I was not able to respond to the Receiver's November 18 filing or to prepare to be heard on transfer.
4. On November 19, 2026, I appeared by video from the hospital at the 9:30 a.m. (Central Time) hearing before Judge Jeffrey P. Norman in In re Jetall Companies, Inc., No. 24-35761 (Bankr. S.D. Tex.).
5. During that hearing, I asked Judge Norman whether he had spoken with Judge Parker. Judge Norman said that he spoke to her "yesterday" and that "she's going to transfer that case to the Southern District of Texas."
6. I appeared pro se, by video from the hospital, at the November 19, 2026 hearing in this case. I have appeared in this case as a party in interest (Docs. 45, 46). The Court said it did not want any evidence. I was allowed to make argument only after I asked to be heard, late in the hearing. I asked for a continuance and for an opportunity to present evidence, and I orally moved for the Court's recusal. The Court did not rule on my recusal request, did not allow me to present evidence, and took the matter under advisement.
7. At that hearing, I told Judge Parker what Judge Norman had said. Judge Parker stated that she had spoken with Judge Norman the week before about scheduling, and again on November 18 about what happens procedurally if the case is transferred, asking him, in substance, "if I transfer this, are you going to be able to hear these matters?" She said Judge Norman's statement was his "interpretation" of their call, and said: "I'm not worried about what Judge Norman stated. I know what happened."
8. Exhibits D and E are true and correct copies of emails I received from Alexander Gladstone of the Wall Street Journal on March 5, 2025, which contain the questions he stated he had sent to Judge Norman and to Judges Robinson and Bradley.

9. Because I was in the hospital, I could not attend the hearing in person, could not meet with the Debtor's counsel beforehand, and could not gather or present evidence. The Court has not ruled on transfer.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 20, 2026, at Houston, Texas.

/s/ Ali Choudhri

______________________________

Ali Choudhri