# EXHIBIT B

Declaration of Lori Hood, Shackelford, McKinley & Norton, LLP, executed November 20, 2026 (signed)

In re Arabella PH 3201 LLC, No. 26-20508 (Bankr. D. Wyo.)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF WYOMING**

In re ARABELLA PH 3201 LLC, Debtor.
Case No. 26-20508 | Chapter 11

**DECLARATION OF LORI HOOD**

I, Lori Hood, declare under penalty of perjury under 28 U.S.C. § 1746:

1. I am an attorney licensed in the State of Texas since November 7, 1986, State Bar No. 09943430. I have practiced law for 40 years and am eligible to practice in Texas. I practice with Shackelford, McKinley & Norton, LLP, 717 Texas Street, Floor 27, Houston, Texas 77002. I am over 18 years old, competent to make this declaration, and have personal knowledge of the facts stated here.
2. On November 19, 2026, I appeared electronically at the 9:30 a.m. (Central Time) hearing before Judge Jeffrey P. Norman in *In re Jetall Companies, Inc.*, No. 24-35761 (Bankr. S.D. Tex.).
3. During that hearing, I heard Judge Norman say that he spoke to Judge Parker "yesterday" and that "she's going to transfer that case to the Southern District of Texas."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 20, 2026, at Houston, Texas.

______________________________
Lori Hood

**DECLARATION OF LORI HOOD**

I, Lori Hood, declare under penalty of perjury under 28 U.S.C. § 1746:

1. I am an attorney licensed in the State of Texas since November 7, 1986, State Bar No. 09943430. I have practiced law for 40 years and am eligible to practice in Texas. I practice with Shackelford, McKinley & Norton, LLP, 717 Texas Street, Floor 27, Houston, Texas 77002. I am over 18 years old, competent to make this declaration, and have personal knowledge of the facts stated here.
2. On November 19, 2026, I appeared electronically at the 9:30 a.m. (Central Time) hearing before Judge Jeffrey P. Norman in *In re Jetall Companies, Inc.*, No. 24-35761 (Bankr. S.D. Tex.).
3. During that hearing, I heard Judge Norman say that he spoke to Judge Parker "yesterday" and that "she's going to transfer that case to the Southern District of Texas."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 20, 2026, at Houston, Texas.

______________________________
Lori Hood