# EXHIBIT C

Excerpts of the June 17, 2024 trial transcript in In re Galleria 2425 Owner, LLC, No. 23-34815 (Bankr. S.D. Tex.), ECF 740-11 at 1-2, 13-15, 18, 29, and Houston Methodist and Houston Cardiology Consultants records, ECF 740-13 and 740-14 (personal identifiers redacted under Fed. R. Bankr. P. 9037)

In re Arabella PH 3201 LLC, No. 26-20508 (Bankr. D. Wyo.)

# EXHIBIT 12

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In re ) CASE NO: 23-34815 (JPN)
)
GALLERIA 2425 Owner, LLC, ) Houston, Texas
)
Debtor. ) Monday, June 17, 2024
)
) 9:00 a.m. to 7:35 p.m.
------------------------------)

TRIAL

BEFORE THE HONORABLE JEFFREY P. NORMAN
UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For Debtor: REESE W. BAKER, ESQ.
Baker & Associates
950 Echo Lane, Suite 300
Houston, TX 77024

For 2425 WL, LLC: H. GRAY BURKS, IV, ESQ.
BurksBaker, PLLC
950 Echo Lane, Suite 300
Houston, TX 77024

STEPHEN SATHER, ESQ.
MARK E. SMITH, ESQ.
Barron & Newburger, P.C.
7320 North Mopac Expressway
Suite 400
Austin, TX 78731

For Ali Choudhri, pro se: ALI CHOUDHRI
2425 West Loop South, 11th Floor
Houston, TX 77027

For the Trustee: R.J. SHANNON, ESQ.
Shannon & Lee LLP
2100 Travis Street, Suite 1525
Houston, TX 77002

THE COURT: Thank you, Mr. Burks. Who's going to speak for NBK?

MR. TROOP: Your Honor, Andrew Troop. I'm told I don't speak loud enough. Let me try again. Your Honor, Mr. Troop, from -- Andrew Troop (indiscernible) from Pillsbury Winthrop Shaw Pittman, on behalf of National Bank of Kuwait. Your Honor, if you take openings or closings, I'll be doing that. Witnesses, Mr. Fitzmaurice will take.

THE COURT: All right. Thank you.

All right. Mr. Burks, opening statement. Go ahead.

MR. BURKS: Yes, Your Honor. Before Mr. Troop and I start speaking on opening statements, Your Honor, there is a very pressing matter that I personally have great concern over. I'm asking Mr. Baker to put up on the record the medical records of medical doctor statements regarding Mr. Ali Choudhri, who is a necessary party and an individual. I have read the motion for continuance. I've written the order denying that motion for continuance. I've also spoken with Mr. Choudhri on Thursday, Friday, Saturday and Sunday, personally on Thursday and Friday; that is, in person. I spoke to Mr. Shannon and told him that I was extremely concerned about the physical condition of Mr. Choudhri. I don't know if it got worse after June 4th or 5th or 6th or after the motion was filed or not. The man's left side of

his body, his face is completely paralyzed. The right side of his face is puffed up because the left side has dropped. He has a weeping eye. His gait is changed. He has doctor's letters, which I'm asking Mr. Baker to put up, stating that he should be stress-free for four weeks. I don't want to be the person responsible for another stroke or a heart attack.

I discussed with Mr. R.J. Shannon that whatever the pressing matters of the motion, obviously the motion for to preclude credit bidding is tied in with confirmation. It's almost impossible to separate the plan out from that motion. However, two weeks -- I mean, I'll be available on any of those dates. Two weeks is up in -- well, the four weeks is up in two weeks. I do not understand, and I personally don’t -- I'm not going to abandon my client at this hearing. But I personally do not want to be part of a hearing where we are violating doctor's orders and putting this man under extreme stress, Your Honor. And I understand the motion. I understand why you denied it. But as we stand here today --

THE COURT: Mr. Burks, I've already ruled on the motion for continuance. If you're making another oral motion, okay --

MR. BURKS: I am.

THE COURT: All right. Then I'll let everyone respond to that. You've made it. I think you've made your

Case 25-90881 Document 740-1 Filed in TXSB on 09/26/24 Page 15 of 407


argument.

Let me now go to Mr. Troop or Mr. Fitzmaurice, and you can respond to that.

Mr. Burks, I will tell you, part of the reason that I basically denied the motion was because I had a discussion with Judge Isgur about what happened at the hearing after the motion was filed.

MR. BURKS: Yes.

THE COURT: So I didn't do it callously. I basically talked to him. He said that he was there, that he participated, that he appeared able to participate and he didn't participate -- didn't at that point in time appear to have any sort of problems at all. Okay. So that's the reason for the motion being denied. If the order isn't clear in that regard, it is.

MR. BURKS: It is.

THE COURT: All right. So that's where we are currently. I take your oral motion. I'll let Mr. Troop or Mr. Fitzmaurice respond to it. All right. Thank you.

MR. BURKS: Thank you, Judge. And I am talking about where we are now, not where we were.

THE COURT: I understand. I understand. But I mean, here's also the problem. Okay.

MR. BURKS: Yes.

THE COURT: You're doing this at 9:15 for a

Case 23-34815 Document 740-1 Filed in TXSB on 09/23/24 Page 13 of 47


for a continuance be denied. Thank you.

THE COURT: Thank you.

Mr. Burks, you can come to the podium.

MR. BURKS: May I ask Mr. Choudhri to come step forward, Your Honor?

THE COURT: No.

MR. BURKS: All right.

THE COURT: No. I mean, and here's the problem, Mr. Burks. You don't come to a hearing at 9:15 that's set at 9:00 and surprise parties who have traveled and done whatever they need to do to get here to be ready to prosecute or defend your motion at the last minute and ask me to continue the case. I'm going to deny your motion. All right.

MR. BURKS: Yes, Your Honor.

THE COURT: Thank you. So you may go ahead and make your opening statement.

MR. BURKS: Yes, Your Honor. One moment.

THE COURT: Thank you.

MR. BURKS: We start with the concept that credit bidding is a familiar tool used in Chapter 11 bankruptcy. We also start with -- we also continue with the concept that it is not an absolute that the court has discretion on the equities and on the case to -- a case-by-case basis to preclude the use of the credit bid.

MR. TROOP: Your Honor, he was a co-movant.

THE COURT: He was a co-movant? Okay. Come forward.

MR. CHOUDHRI: Thank you, Your Honor. First of all, Your Honor, I'm sorry I was a little late. I just wanted to clarify just one thing for a minute, Your Honor. So on June the 2nd, I had a stroke on Sunday and I didn't think it was.

THE COURT: Mr. Choudhri, I've already heard the motion for continuance. If you want to make an opening statement on the motion, I'm happy to hear it.

MR. CHOUDHURI: Yes, Your Honor.

THE COURT: But this is not let's throw it to the court and see what sticks. If you want to make an opening statement on the motion to prohibit credit bidding, please do.

MR. CHOUDHRI: Yes, Your Honor. I just wanted to mention one thing about that, something that you had mentioned earlier. When I went to the doctor on June the 7th, I did call into a hearing --

THE COURT: Again, I don't want to hear anything relative to the motion to continue. If you want to talk about the motion to prohibit credit bidding, which was filed, I'm happy to hear it.

MR. CHOUDHRI: Yes, Your Honor. Okay. Thank you.

# EXHIBIT 15

# Additional Discharge Information

Ali Choudhri

**Date of Birth:** [redacted]

The information in this after visit summary is up to date as of: 6/3/24 12:58 PM.

MyChart

This After Visit Summary Discharge Instructions Document is available in MyChart.
Questions/Problems accessing your MyChart please call (832) 667-5694.

## Reason for Hospitalization

Your primary diagnosis was: Stroke

## Procedures and tests performed during your visit

CT Stroke Brain Wo Contrast LKN > 6 Hours
ECG 12 lead
ECG ED Preliminary Interpretation - Not an Order
MRA Head Wo Contrast
MRA Neck Wo Contrast
MRI Brain Wo Contrast
Transthoracic Echocardiogram Complete, (w Contrast, Strain and 3D if needed)

## Information for Referrals

**Ambulatory referral to Occupational Therapy**
Ordering Provider: Cherian, Cecil, MD
**Occupational Therapy**

Specialty Services Required
Pending Authorization
Occupational Therapy
Services Requested: Evaluate and Treat
Primary Sub-Specialty: Neuro

**Ambulatory referral to Physical Therapy**
Ordering Provider: Cherian, Cecil, MD
**Physical Therapy**

Specialty Services Required
Pending Authorization
Physical Therapy
Services Requested: Evaluate and Treat
Primary Sub-Specialty: Neuro

## You are allergic to the following

Date Reviewed: **6/3/2024**

## You are allergic to the following (continued)

Date Reviewed: **6/3/2024**

| Allergen | Reactions |
|---|---|
| **Iodine** | Hives<br>Shortness Of Breath |
| **Shellfish Derived** | Not Noted |

## Current Immunizations

No immunizations on file.

## Patient Lines/Drains/Airways Status

### Active Drain / Line / Wound / Pressure Ulcer

| Name | Placement date | Placement time | Site | Days | Last dressing change |
|---|---|---|---|---|---|
| Incision 01/18/19 Left Back | 01/18/19 | 0851 | Back | 1963 | |
| Incision 03/08/19 Back | 03/08/19 | 0841 | Back | 1914 | |
| Wound 10/09/22 Incision Abdomen | 10/09/22 | 1652 | Abdomen | 603 | |

## Pending Labs

| Order | Current Status |
|---|---|
| Comprehensive metabolic panel | Collected (06/02/24 1649) |
| Troponin T | Collected (06/02/24 1649) |

## Information on Stroke

# Discharge Instructions for Stroke

You have a high risk for a stroke, or a TIA (transient ischemic attack). During a stroke, blood stops flowing to part of your brain. This can damage areas in the brain that control other parts of the body. Symptoms from a stroke depend on which part of the brain has been affected.

### Stroke risk factors

Once you've had a stroke, you're at greater risk for another one. Listed below are some other factors that can raise your risk for a stroke:

- High blood pressure
- High cholesterol
- Cigarette or cigar smoking
- Diabetes
- Carotid or other artery disease
- Atrial fibrillation, atrial flutter, or other heart disease
- Not being physically active
- Obesity
- Certain blood disorders, such as sickle cell anemia
- Drinking too much alcohol
- Abusing street drugs
- Race
- Gender
- Family history of stroke
- Diet high in salty, fried, or greasy foods

### Changes in daily living

## Information on Stroke (continued)

Doing some everyday tasks may be hard after you've had a stroke. But you can learn new ways to manage. In fact, doing daily activities may help you to regain muscle strength. This can help your affected arm or leg work more normally. Be patient. Give yourself time to adjust. And appreciate the progress you make.

### Daily activities

You may be at risk of falling. Make changes to your home to help you walk more easily. A therapist will decide if you need an assistive device, such as a cane or walker, to walk safely.

You may need to see an occupational therapist (OT). Or you may see a physical therapist (PT). These healthcare providers can help you to learn new ways of doing things. For example, you may need to make changes in how you bathe or dress. You may also need a speech therapist. This is someone who helps you speak normally again and be able to swallow.

### Tips for showering or bathing

- Test the water temperature with a hand or foot that was not affected by the stroke.
- Use grab bars, a shower seat, a handheld showerhead, and a long-handled brush.
- Use any other device as advised by your therapists.

### Tips for getting dressed

- Dress while sitting, starting with the affected side or limb.
- Wear shirts that pull easily over your head. Wear pants or skirts with elastic waistbands.
- Use zippers with loops attached to the pull tabs.

### Lifestyle changes

- Take your medicines exactly as directed. Don't skip doses.
- Begin an exercise program. Ask your provider how to get started. Ask how much activity you should try to get every day or week. You can benefit from simple activities such as walking or gardening.
- Limit how much alcohol you drink.
- Control your cholesterol level. Follow your provider's advice about how to do this.
- If you are a smoker, quit now. Join a stop-smoking program to improve your chances of success. Ask your provider about medicines or other methods to help you quit.
- Learn stress management methods. These can help you deal with stress in your home and work life.

### Diet

Your healthcare provider will guide you on changes you may need to make to your diet. They may advise that you see a registered dietitian for help with changes. The changes can improve your cholesterol, blood pressure, and blood sugar. Changes may include:

- Reducing the amount of fat and cholesterol you eat
- Reducing the amount of salt (sodium) in your diet, especially if you have high blood pressure
- Eating more vegetables and fruits
- Eating more lean proteins, such as fish, poultry, and beans and peas (legumes)
- Eating less red meat and processed meats
- Using low-fat dairy products
- Limiting vegetable oils and nut oils
- Limiting sweets and processed foods such as chips, cookies, and baked goods
- Not eating trans fats. These are often found in processed foods. Don't eat any food that has hydrogenated oils listed in its ingredients.

### Follow-up care

- Keep your medical appointments. Close follow-up is important to stroke rehabilitation and recovery.
- Some medicines require blood tests to check for progress or problems. Keep follow-up appointments for

## Information on Stroke (continued)

any blood tests ordered by your providers.

### Call 911

Call 911 right away if you have any of the following symptoms of stroke:

- Weakness, tingling, or loss of feeling on one side of your face or body
- Sudden double vision or trouble seeing in one or both eyes
- Sudden trouble talking or slurred speech
- Trouble understanding others
- Sudden, severe headache
- Dizziness, loss of balance, or a sense of falling
- Blackouts or seizures

**B.E. F.A.S.T.** is an easy way to remember the signs of stroke. When you see these signs, you know that you need to call 911 fast.

**B.E. F.A.S.T.** stands for:

- **B** is for **balance.** Sudden loss of balance or coordination.
- **E** is for **eyes.** Vision changes in one or both eyes.
- **F** is for **face drooping.** One side of the face is drooping or numb. When the person smiles, the smile is uneven.
- **A** is for **arm weakness.** One arm is weak or numb. When the person lifts both arms at the same time, one arm may drift downward.
- **S** is for **speech difficulty.** You may notice slurred speech or trouble speaking. The person can't repeat a simple sentence correctly when asked.
- **T** is for **time to call 911.** If someone shows any of these symptoms, even if they go away, call 911 right away. Make note of the time the symptoms first appeared.

**StayWell last reviewed this educational content on** 6/1/2022

© 2000-2024 The StayWell Company, LLC. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

## Information on Modified Rankin Scale

HOUSTON Methodist NEUROLOGICAL INSTITUTE

**Stroke Assessment Notice**

Dear Patient,

### Information on Modified Rankin Scale (continued)

As part of Houston Methodist Hospital's efforts to evaluate the outcomes of our patients, you may be selected to receive a short phone call approximately 90 days after you are discharged home. This phone call will consist of an evaluation called the *modified Rankin Scale*. The *modified Rankin Scale* is a widely used assessment scale that evaluates the degree of disability or dependence during daily activities of people who have suffered a stroke.

This phone call will take approximately 5-7 minutes to complete and will include questions that pertain to your ability to work and engage in social and leisure activities.

If you are unable to participate, we will ask to speak to a member of your household that can answer on your behalf. All of the information provided during this phone call will be kept confidential. If you do not wish to participate, you are free to decline or withdraw your participation at any time.

Prior to discharge, please ensure that your contact information on file is current. If your phone number has changed, please alert your nursing staff. If you have any questions about the *modified Rankin Scale* assessment, please feel free to ask your nurse and he/she will direct your questions to the appropriate person.

We appreciate your participation and patronage.

Warmest regards,

Your Houston Methodist Stroke Team

### Behavioral Health Resources

Houston Methodist patients can access licensed behavioral health providers in the **MyMethodist** app. Go to your App Store, download the **MyMethodist** app, and select **Virtual Health Care** to schedule your session using your mobile device or laptop from anywhere.

*All of the behavioral health services are available without insurance. The cost of the visit varies based on the experience of the therapist. Please enter your insurance information before your visit to determine your individual pricing.*

If there is an emergency, call **911**.

**FIND HELP**: There are also resources on **https://www.findhelp.org/**
*Enter your zip code to see services related to Financial assistance, food, medical care, transit, goods, education, work, legal, and others for free or reduced-cost*



TEXAS Health and Human Services | 2·1·1 TEXAS Connecting People and Services

# ¿Necesita ayuda y no sabe a quién llamar?



## MARQUE EL 2 1 1

**Tenemos especialistas capacitados listos para conectarlo con servicios.**

- Ayuda con la comida
- Vivienda y refugio
- Servicios de salud
- Ayuda para veteranos
- Servicios de salud mental
- Asuntos financieros y legales
- Ayuda para encontrar empleo
- Cuidado de niños y educación
- Personas mayores o discapacitadas
- Crisis y emergencias
- Y mucho más

**Para saber más, vaya a 211Texas.org**

**PODEMOS AYUDAR**

**We Will Call You**

Within 24 business hours after your discharge, you should receive a text message or automated phone call to check how you are doing. If you indicate through the automated text or call that you have a question about medications or discharge instructions, or have other concerns about your health, one of our nurses will respond between 8 am-5 pm, Mon-Fri, at no cost to you. We appreciate your response, as we are available to help you manage your care at home.

If you have a question or problem before you receive this call or text, please contact your provider or the hospital at 713-790-3311. Your health and safety are always important to us. Thank you for choosing Houston Methodist Hospital.

# EXHIBIT 16

**Houston Cardiology Consultants**

**To Whom It May Concern**

Please excuse **Choudhri, Ali** from Work. He was seen in the office on June 7, 2024.

**Remarks / Limitations:**

Patient had a stroke with ongoing workup. Patient will need to be off work for a month. Patient shall not return to work until July 7, 2024. Patient shall not participate in any stressful interactions and not return to work until July 7, 2024.

If you have any questions or concerns please contact my office.

Sincerely,

**Sajid Ali MD**
Interventional Cardiology / Peripheral Vascular Disease
Houston Cardiology Consultants
Address: 8830 Long Point Drive, Suite 507, Houston, TX. 77055
Tel: (713) 464-4140
Fax: (713) 464-7296
Email: info@hccheart.com