**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 26-20508** |
| **ARABELLA PH 3201 LLC** | § | |
| **(EIN 42-4846914),** | § | **Chapter 11** |
| | § | **Subchapter V** |
| **Debtor.** | § | |

**ORDER ON DEBTOR'S NOTICE OF RECUSAL AND MOTION TO RECUSE AND INTERIM STAY OF ANY RULING ON TRANSFER**

The Court has considered the *Debtor's Notice of Recusal and Motion to Recuse under 28 U.S.C. § 455 and Fed. R. Bankr. P. 5004* (the "Motion"), filed by the Debtor and joined by Ali Choudhri as a party in interest, and the record. It is

ORDERED that any hearing on or ruling about transfer of this case, and all other substantive rulings, are STAYED until the Motion is decided. It is further

ORDERED that if the Motion is denied, the stay remains in effect for 14 days after that order and, if a petition for a writ of mandamus is filed within that time, until the reviewing court rules on the petition and any motion for stay. It is further

ORDERED that the Court will not communicate with the judge presiding in *In re Jetall Companies, Inc.*, No. 24-35761 (Bankr. S.D. Tex.), or with that judge's chambers, about this case while the Motion and any review of it are pending, and the Receiver's request that the Court confer with that judge (Doc. 55) is DENIED. It is further

ORDERED that no order concerning transfer of this case will be entered by the undersigned. If the Motion is granted, transfer shall be decided only after a new, full hearing on transfer in the District of Wyoming, before a judge designated under 28 U.S.C. § 155, on at least 21 days' notice to all parties in interest, at which the Debtor and

Mr. Choudhri may present evidence, examine witnesses, and argue, with Mr. Choudhri permitted to appear by video if his medical condition requires.

**BY THE COURT:**

________________________________________
**UNITED STATES BANKRUPTCY JUDGE**